

# VIRGINIA
# & AMBINDER LLP
Attorneys at Law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020
```

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Adrianna R. Grancio**
Associate
agrancio@vandallp.com

So ordered
3.13.2020
/s/ AKH

March 11, 2020

*Via Electronic Case Filing*
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Accolade Construction Group, Inc.*, 20 CV 788 (AKH)

Dear Judge Hellerstein:

This firm represents the Petitioners in the above-referenced action. With consent of Respondent's counsel, we join in Respondent's to request for a stay.

On January 29, 2020, Petitioners commenced this action by a Petition to confirm and enforce an arbitration award against Respondent. *See* D.E. 1. Respondent was served with the Petition on January 31, 2020. *See* D.E. 8. Respondent failed to answer or otherwise appear within its prescribed time to do so and on March 5, 2020, Petitioners requested that this Court deem the Petition as an unopposed motion for summary judgment. *See* D.E. 9. Shortly thereafter, Respondent appeared by counsel and requested a stay of the instant action. *See* D.E. 11.

After an initial discussion, the parties believe they can resolve the matter without further litigation or Court intervention. In light of this discussion, a stay is appropriate so that the parties may have time to explore and discuss resolution. Further, it is suggested that the parties report to the Court within 90 days as to their efforts. This is the parties' first request for a stay.

We thank the Court for its time and attention to this matter.

1



# VIRGINIA
# & AMBINDER LLP
Attorneys at Law

                              Respectfully submitted,

                                          /s/
                              Adrianna R. Grancio, Esq.

Cc: Steven M. Coran, Esq. (*via ECF*)